LAWRENCE Z. KOTLER, ESQ.     (LZK #5213)
CARLIN & WARD, P.C.
25A Vreeland Road
P. O. Box 751
Florham Park, New Jersey 07932
973-377-3350
Attorneys for Defendant, Jellybean Entertainment, Inc. d/b/a MagicTV Box

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| USNILE LIMITED LIABILITY COMPANY,<br><br>                Plaintiff,<br>v.<br><br>STORMIPTV, RELIABLEIPTV LLC,<br>B TELECOM, MAGICTVBOX, DREAMIPTV,<br>FDCSERVERS LLC, SGZ GROUP d/b/a<br>ZAAPTV, BAY AREA INTERNET<br>SOLUTIONS and DOE'S 1-10, et al.<br><br>                Defendants. | Civil Action No.: 2:13-cv-00067 (JLL)<br><br>District Judge:<br>Jose L. Linares<br><br>Document Electronically Filed<br><br>**ORDER SETTING ASIDE<br>DEFAULT AND GRANTING<br>LEAVE OF COURT TO FILE AN<br>ANSWER OR OTHERWISE<br>RESPOND OUT OF TIME** |
|---|---|

THIS MATTER having been brought before the Court by Carlin & Ward, P.C., attorneys for the Defendant, Jellybean Entertainment, Inc. d/b/a MagicTV Box incorrectly pled by Plaintiff as Magictvbox (Lawrence Z. Kotler, Esq. appearing) for an Order vacating and setting aside the default entered in this matter against this Defendant on March 19, 2013 and permitting Defendant to file an Answer or otherwise respond to the Plaintiff's Complaint out of time, and notice having been given to Aiman I. Ibrahim, Esq. of the Ibrahim Law Group, P.C. appearing on

behalf of the Plaintiff, and ~~it appearing that~~ no opposition having been filed, ~~no other party has filed an Appearance in this matter as of this~~ date, and for good cause having been shown,

IT IS on this 13 day of May 2013, ORDERED as follows:

1. The Default entered by the Court Clerk against Magictvbox on March 19, 2013 be and the same is hereby vacated and set aside; and

2. Defendant, Jellybean Entertainment, Inc. d/b/a MagicTV Box is permitted to file an Answer or otherwise respond to the Plaintiff's Complaint within ten (10) days of the date of service of this Order on its counsel; and

3. Counsel for Defendant shall serve a copy of this Order on Plaintiff's counsel within seven (7) days of receipt of same.

4. Plaintiff's motion for default judgment as to Defendant Magictvbox [Docket Entry No. 23] is hereby denied as moot.

_____
Jose L. Linares, U.S.D.J.